MAGISTRATE JUDGE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MJ24-177-MLP |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO EXTEND INDICTMENT DEADLINE |
| EDUARDO ORDUNA-BOTELLO, | |
| Defendant. | |

THE COURT has considered Eduardo Orduna-Botello's unopposed motion to extend the indictment deadline. It appears it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further case evaluation. Without an extension, the government and defense counsel would be denied the reasonable time necessary for effective preparation. The parties have consented to entering an order extending the indictment deadline from on or about July 10, 2024, until October 8, 2024.

THE COURT finds that justice is served by granting a continuance, and that a continuance outweighs the best interests of the public and Mr. Orduna-Botello in a speedy indictment.

IT IS ORDERED that the date on or before an indictment must be filed is extended to October 8, 2024.

ORDER TO EXTEND
INDICTMENT DEADLINE
(*U.S. v. Orduna-Botello,* MJ24-177-MLP) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

IT IS FURTHER ORDERED that the period of delay from on or about July 10, 2024, until October 8, 2024, is excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) for the purpose of computing the time limitations imposed by the Speedy Trial Act.

DONE this 1st day of July 2024.

_____
MICHELLE L. PETERSON
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ *Andrew Kennedy*
Assistant Federal Public Defender
Attorney for Eduardo Orduna-Botello

ORDER TO EXTEND
INDICTMENT DEADLINE
(*U.S. v. Orduna-Botello,* MJ24-177-MLP) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100