UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR24-179-JHC |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION TO |
| v. | ) | MODIFY CONDITIONS OF RELEASE |
| EDUARDO ORDUNA-BOTELLO, | ) | |
| Defendant. | ) | |

THE COURT has considered Eduardo Orduna-Botello's motion to modify the conditions of his bond so that his curfew begins at 12:00 a.m. instead of at 9:00 p.m. Dkt. # 47. The Court has also reviewed the records in this case.

IT IS ORDERED that Mr. Orduna-Botello's bond shall be amended so that curfew begins at 12:00 a.m. every day until he reports to the Bureau of Prisons.

DATED this 11th day of February, 2025.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100